# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Jeremy Paul Batts and Susan Beth Batts as Co-Personal Representatives of the Estate of Kaiea Spring Batts, Deceased ) ) ) | CASE NUMBER: 2:23-cv-03565-DCN |
| Plaintiff, ) | |
| vs. ) | |
| SNAP INC. d/b/a/ SNAPCHAT, INC., Evan Spiegel and Emily White, ) ) | PLAINTIFFS' MOTION TO CONDUCT JURISDICTIONAL DISCOVERY |
| Defendants. ) ) | |

Plaintiffs Jeremy Paul Batts and Susan Beth Batts, as Co-Personal Representatives of the Estate of Kaiea Spring Batts, by and through their undersigned counsel, hereby move, in the alternative to denying Defendants' Motion to Dismiss, for permission to conduct jurisdictional discovery. The grounds for the motion are set out in Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss and Plaintiffs' Memorandum in Support of Plaintiff's Motion for Jurisdictional Discovery, as well as all other pleadings and documents in the record.

[*signature page to follow*]

1

Respectfully Submitted,

By: /s/Gedney M. Howe, IV
Gedney M. Howe, IV (Federal Bar No. 13339)
Gedney M. Howe, III (Federal Bar No. 1971)
Alvin J. Hammer (Federal Bar No. 1693)
Michael Monastra (Federal Bar No. 13587)
LAW OFFICES OF GEDNEY M. HOWE, III, P.A.
Post Office Box 1034
Charleston, SC 29402
Telephone 843.722.8048
Email: ghowe@gedneyhowe.com
Email: gedney4@gedneyhowe.com
Email: mmonastra@gedneyhowe.com

-and-

Carl E. Pierce, II (Federal Bar No. 3062)
William P. Early (Federal Bar No. 7326)
R. Richard Gergel (Federal Bar No. 104136)
321 East Bay Street
Charleston, SC 29491
Telephone: 843-722-7720
Email: carlpierce@piercesloan.com
Email: willearly@piercesloan.com
Email: richardgergel@piercesloan.com

*Attorneys for Plaintiffs*

November 21, 2023

2