IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JEREMY PAUL BATTS, and <br> SUSAN BETH BATTS, *as* <br> *Co-Personal Representatives of the* <br> *Estate of Kaiea Spring Batts, deceased*, <br><br> Plaintiffs, <br><br> vs. <br><br> SNAP Inc., *d/b/a SNAPCHAT, Inc.*, <br> EVAN SPIEGEL, and EMILY WHITE, <br><br> Defendants. | No. 2:23-cv-03565-DCN <br><br> **AMENDED ORDER** |

This matter was before the court on a status conference on January 13, 2025, during which plaintiffs Jeremy Paul Batts and Susan Beth Batts (together "plaintiffs") indicated that they anticipate filing a motion to compel on or shortly after January 16, 2025. Should plaintiffs file such a motion it is

**ORDERED**, that the response to that motion is due no later than seven (7) calendar days after plaintiffs file the motion, and plaintiffs' reply to the response is due no later than seven (7) calendar days after the response is filed. A hearing will be held on the motion on Tuesday, February 11, 2025, at 1:00 p.m.

        **AND IT IS SO ORDERED.**

        **DAVID C. NORTON**
        **UNITED STATES DISTRICT JUDGE**

**January 14, 2025**
**Charleston, South Carolina**