IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jeremy Paul Batts and Susan Beth Batts as Co-Personal Representatives of the Estate of Kaiea Spring Batts, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>SNAP, INC. d/b/a SNAPCHAT, INC.; Evan Spiegel and Emily White,<br><br>Defendants. | C/A No.: 2:23-cv-3565 DCN<br><br><br><br><br><br>**ORDER** |

This matter is before the court pursuant to defendants' motion to dismiss the amended complaint. This motion was filed on March 29, 2024. After careful consideration, it is therefore

**ORDERED** that defendants' motion to dismiss the amended complaint is **DENIED** without prejudice. Defendant may refile after the completion of jurisdictional discovery.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

August 5, 2025
Charleston, South Carolina