**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Jeremy Paul Batts and Susan Beth Batts as Co-Personal Representatives of the Estate of Kaiea Spring Batts, deceased, | ) ) ) ) | C/A No. 2:23-cv-3565 DCN |
| Plaintiffs, | ) ) | **ORDER** |
| -vs- | ) ) ) | |
| SNAP, Inc., d/b/a SNAPCHAT, Inc.; Evan Spiegel; and Emily White, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

This matter is before the court upon the Special Master's Report and Recommendation ("R&R") (ECF No. 76) regarding the following non-dispositive discovery motions:

1. Plaintiffs' motion to compel complete discovery responses to the first set of requests for admission and first set of interrogatories, dated March 7, 2025 (ECF No. 68); and

2. Plaintiffs' motion to compel discovery responses to first set of requests for production and second set of interrogatories, dated March 7, 2025 (ECF No. 69).

The court is charged with conducting a <u>de novo</u> review of any portion of the Special Master's report to which a specific objection is registered. "In acting on a master's order, report, or recommendations, the court must give the parties notice and an opportunity to be heard; may receive evidence; and may adopt or affirm, modify, wholly or partly reject or reverse, or resubmit to the master with instructions." Fed. R. Civ. P. 53(f)(1). The court must decide all objections to any findings of fact or conclusions of law made or recommended by a special master <u>de novo</u>. Fed. R. Civ. P. 53(f)(3)(4).

Objections were timely filed on January 19, 2026 by plaintiffs. On February 9, 2026, defendants filed their reply to plaintiffs' objections.

The court has conducted a <u>de novo</u> review of the record and concludes that the Special Master's R&R accurately summarizes this case and the applicable law. Accordingly, the Special Master's R&R is adopted and incorporated into this order. For the reasons articulated by the Special Master, it is therefore **ORDERED** that plaintiffs' motions to compel (ECF Nos. 68 and 69) are **DENIED**.

**AND IT IS SO ORDERED.**

DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

March 27, 2026
Charleston, South Carolina